%AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern _____   District of   West Virginia _____

UNITED STATES OF AMERICA

V.

Alfred Miller

**07-308-M-01**

**WARRANT FOR ARREST**

Case          3:06cr39

# FILED

To: The United States Marshal
    and any Authorized United States Officer

JUN 1 8 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

YOU ARE HEREBY COMMANDED to arrest   Alfred Miller _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment ☐ Information ☐ Complain    Order of court   X  Violation       Probation Violation Petition

charging him or her        (brief description of offense)

**See attached petition.**

in violation of _____18_____ United States Code, Section(s) _3142_____

Mag. Judge David Joel _____           United States District Judge _____
Name of Issuing Officer                                   Title of Issuing Officer

*Nancy A. Zimbeck, Deputy Clerk* _____     3/27/07 Martinsburg, West Virginia _____
Signature of Issuing Officer                              Date and Location

Bail fixed at $ _____   by _____
                                                                       Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named | I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST: Dr. Wally Edgell Clerk, U.S. District Court Northern District of West Virginia |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE | |
|---|---|---|---|
| DATE OF ARREST 06/18/07 | William Martin DUSM | | By: *Nancy A. Zimbeck* Deputy Clerk |

06/18/2007 08:12 3042679369 USMS MBG PAGE 03/10
Case 1:07-mj-00308-JMF Document 1-2 Filed 06/18/2007 Page 1 of 7
Case 3:06-cr-00039-FPS-DJJ Document 29-1 Filed 03/27/2007 Page 1 of 8

PS B
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

**FILED**

MAR 2 7 2007

U.S DISTRICT COURT
MARTINSBURG, WV 25401

U.S.A. vs. MILLER, Alfred

## 07 - 3 0 8 - M - 0 1

**FILED**

Docket No. 3:06CR39

Address:

Washington, DC 20020

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petition for Action on Conditions of Pretrial Release

COMES NOW KENNETH REID, JR., PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alfred Miller, who was placed under pretrial release supervision by the Honorable David J. Joel, United States Magistrate Judge, sitting in the Court at Martinsburg, West Virginia, on December 7, 2006, under the following conditions:

Please see attached.

Respectfully presenting petition for action of Court and for cause as follows:

1. Condition 1: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

Condition 7(H): The defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

On the following dates, the defendant provided urinalysis tests to the District of Columbia Pretrial Services Office which tested positive for illicit controlled substances (please see attached):

| Date | Substances |
|------|-----------|
| 02/02/07: | Cocaine, Opiate |
| 02/15/07: | Cocaine |
| 02/28/07: | Cocaine, Opiate |
| 03/07/07: | Cocaine, Opiate (confirmed with GC/MS testing) |
| 03/14/07: | Cocaine, Opiate |
| 03/21/07: | Cocaine, Opiate |

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia

By: _____
Deputy Clerk

06/18/2007  09:12   3042679369                    USMS MBG                        PAGE  04/10

Case 1:07-mj-00808-JMF   Document 1-2   Filed 06/18/2007   Page 2 of 7
Case 3:06-cr-00039-FPS-DJJ   Document 29-1   Filed 03/27/2007   Page 2 of 8

PS8                                              Petition for Action on Conditions of Pretrial Release

2.    <u>Condition 7(l): The defendant shall submit to urine analysis testing upon demand of the supervising officer.</u>

On February 2, 2007, the District of Columbia Pretrial Services Agency referred the defendant to a random urinalysis testing program. On February 7, 2007, the defendant failed to submit a urine specimen as directed (please see attached).

## PETITIONING THE COURT

[ X ]   To issue a warrant
[   ]   To issue a summons

## U. S. Probation Officer Recommendation:

The term of supervision should be:

[ X ]   Revoked

[   ]   No action taken at this time

[   ]   The conditions of supervision should be modified as follows:

Respectfully,

Kenneth Reid, Jr.
U.S. Pretrial Services Officer

Place:   Martinsburg, West Virginia

Date: <u>March 23, 2007</u>

-2-

PS8                                                  Petition for Action on Conditions of Pretrial Release

## THE COURT ORDERS

[ ]   No action
[ ✓ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other


ORDER OF COURT

Considered and ordered this _27th_ day
of _MARCH_, 20_07_ and ordered filed
and made a part of the records in the above
case.

_____
U.S. District Judge/Magistrate

-3-

06/18/2007 09:12 3042679369 USMS MBG PAGE 07/10

Case 1:07-mi-00308-JMF Document 1-2 Filed 06/18/2007 Page 4 of 7
Case 3:06-cr-00039-FPS-DJJ Document 29-1 Filed 03/27/2007 Page 5 of 8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

DEC 7 2006

U.S DISTRICT COURT
MARTINSBURG WV 25401

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                        Criminal Action $3:06CR39$

*Alfred Miller*

Defendant.

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the Defendant is subject to the following conditions:

(1) THE DEFENDANT SHALL NOT COMMIT ANY OFFENSE IN VIOLATION OF FEDERAL, STATE OR LOCAL LAW WHILE ON RELEASE IN THIS CASE.

(2) THE DEFENDANT SHALL IMMEDIATELY ADVISE THE COURT, DEFENSE COUNSEL AND THE U.S. ATTORNEY IN WRITING OF ANY CHANGE IN ADDRESS AND TELEPHONE NUMBER.

(3) THE DEFENDANT SHALL APPEAR AT ALL PROCEEDINGS AS REQUIRED AND SHALL SURRENDER FOR SERVICE OF ANY SENTENCE IMPOSED AS DIRECTED. PERSONAL RECOGNIZANCE RELEASE.

(4) THE DEFENDANT PROMISES TO REPORT AS DIRECTED BY YOUR SUPERVISING OFFICER.

(5) YOU SHALL NOT ENTER ANY ESTABLISHMENT, BUSINESS, LOCAL ORGANIZATION, CLUB OR PRIVATE RESIDENCE, WHERE ALCOHOL BY THE DRINK OR CONTROLLED SUBSTANCES ARE SOLD, DISPENSED, DISTRIBUTED, OR USED.

(6) DRUG TREATMENT AS DEEMED NECESSARY BY THE PROBATION OFFICER.

Case 3:06-cr-00039-FPS-DJJ    Document 29-1    Filed 03/27/2007    Page 6 of 8

(7)    THE DEFENDANT SHALL:

   (A)    MAINTAIN OR ACTIVELY SEEK EMPLOYMENT AND REPORT THE RESULTS TO YOUR SUPERVISING OFFICER.

   (B)    MAINTAIN OR COMMENCE AN EDUCATIONAL PROGRAM IF NOT EMPLOYED.

   (C)    ABIDE BY THE FOLLOWING RESTRICTIONS ON HIS PERSONAL ASSOCIATIONS, PLACE OF ABODE, OR TRAVEL: NOT LEAVE THE NORTHERN DISTRICT OF WEST VIRGINIA, EXCEPT IF AUTHORIZED BY YOUR SUPERVISING OFFICER.

   (D)    AVOID ALL CONTACT WITH THE FOLLOWING NAMED PERSONS, WHO ARE CONSIDERED EITHER ALLEGED VICTIMS OR POTENTIAL WITNESSES: ANY PERSON WHO IS AN ALLEGED VICTIM OR POTENTIAL WITNESS IN THIS CASE.

   (E)    COMPLY WITH FOLLOWING CURFEW: AS DEEMED ADVISABLE BY YOUR SUPERVISING OFFICER AND SET FORTH IN WRITING TO YOU.

   (F)    REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE, OR OTHER DANGEROUS WEAPON.

   (G)    REFRAIN FROM USE OF ALCOHOL.

   (H)    REFRAIN FROM ANY USE OR UNLAWFUL POSSESSION OF A NARCOTIC DRUG AND OTHER CONTROLLED SUBSTANCES DEFINED IN 21 U.S.C. §802 UNLESS PRESCRIBED BY A LICENSED MEDICAL PRACTITIONER.

   (I)    SUBMIT TO URINE ANALYSIS TESTING UPON DEMAND OF THE SUPERVISING OFFICER.

   (J)    PARTICIPATE IN A PROGRAM OF INPATIENT OR OUTPATIENT SUBSTANCE ABUSE THERAPY AND COUNSELING IF DEEMED ADVISABLE BY THE SUPERVISING OFFICER.

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both. A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I ACKNOWLEDGE THAT I AM THE DEFENDANT IN THIS CASE AND THAT I AM AWARE OF THE CONDITIONS OF RELEASE. I PROMISE TO OBEY ALL CONDITIONS

06/18/2007  08:12   3042679369                     USMS MBG                         PAGE  10/10

Case 1:07-mj-00808-JMF     Document 1-2     Filed 06/18/2007     Page 7 of 7
Case 3:06-cr-00039-FPS-DJJ    Document 29-1    Filed 03/27/2007    Page 8 of 8

OF RELEASE, TO APPEAR AS DIRECTED, AND TO SURRENDER FOR SERVICE OF ANY
SENTENCE IMPOSED.  I AM AWARE OF THE PENALTIES AND SANCTIONS SET FORTH
ABOVE.

ALFRED MILLER
_____
Printed Name

_____
Telephone Where Defendant Will Actually Live

_____
Signature of Defendant

V. A HOSP
_____
Address Where Defendant Will Actually Live

_____        _____
City and State                    Zip Code

## Directions to United States Marshal

( ✓ )  The Defendant is **ORDERED** released after processing.

( )    The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by
       the Clerk or judicial officer that the Defendant has posted bond and/or complied with all
       other conditions for release. The Defendant shall be produced before the appropriate judicial
       officer at the time and place specified, if still in custody.

Date:___12-7-06_____

_____
DAVID J. JOEL
UNITED STATES MAGISTRATE JUDGE