**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 6/19/07

*Nancy Mayer-Whittington*
*Clerk of the Court*

Address of Other Court: United States District Court
Federal Building- 1st Floor
217 West King Street
Martinsburg, WV 25401

RE: Alfred Miller 07-308M

FILED JUN 22 2007
US DISTRICT COURT
MARTINSBURG, WV 25401

FILED JUN 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |   |   |   |
|---|---|---|---|
|   | Docket Sheet |   | Warrant of Removal |
| X | Warrant/Pet for Cond of Rel |   | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond |   |   |
| X | Other- Blotter dated 6/18/07 |   |   |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk